UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>LAURIE INDUSTRIES LLC,<br>a Delaware Limited Liability Company,<br><br><br>             Defendant. | )<br>)<br>)  CASE NO.:  1:16-cv-2067-LJM-DML<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.


Dated: January 23, 2017


Respectfully Submitted,                          Respectfully Submitted,

*/s/ Louis I. Mussman*                            */s/  Emily L. Connor*
Louis I. Mussman, Esq.                           Emily L. Connor
Bar No. 597155                                   Indiana Bar No. 27402-49
Ku & Mussman, P.A.                               Littler Mendelson P.C.
6001 NW 153rd Street, Suite 100                  111 Monument Circle, Suite 702
Miami Lakes, FL 33014                            Indianapolis, IN 46204
Tel: (305) 891-1322                              Tel: (317) 287-3600
Fax: (305) 891-4512                              Fax: (317) 636-0712
Louis@KuMussman.com                              econnor@littler.com

and                                              and

1

| | |
|---|---|
| Eric C. Bohnet, Esq.<br>Attorney No. 24761-84<br>Attorney at Law<br>6617 Southern Cross Drive<br>Indianapolis, Indiana  46237<br>Tel: (317) 750-8503<br>ebohnet@gmail.com<br><br>*Counsel for Plaintiff*<br>*Dennis Tooley* | Alan L. McLaughlin<br>Indiana Bar No. 10182-49<br>Littler Mendelson P.C.<br>111 Monument Circle, Suite 702<br>Indianapolis, IN 46204<br>Tel: (317) 287-3600<br>Fax: (317) 636-0712<br>amclaughlin@littler.com<br><br>*Counsel for Defendant*<br>*Laurie Industries LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Alan L. McLaughlin
Littler Mendelson P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204

Emily L. Connor
Littler Mendelson P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204

By: */s/ Louis I. Mussman*<br>Louis I. Mussman, Esq.