This matter is dismissed with prejudice.

Date: 01/24/17

*[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DENNIS TOOLEY,                                 )
an individual,                                 )
                                               )   CASE NO.:   1:16-cv-2067-LJM-DML
                    Plaintiff,                 )
vs.                                            )
                                               )
LAURIE INDUSTRIES LLC,                         )
a Delaware Limited Liability Company,          )
                                               )
                                               )
                    Defendant.                 )
_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed,

each party shall bear its respective fees and costs.

Dated: January 23, 2017

Respectfully Submitted,                        Respectfully Submitted,

*/s/ Louis I. Mussman*                         */s/  Emily L. Connor*
Louis I. Mussman, Esq.                         Emily L. Connor
Bar No. 597155                                 Indiana Bar No. 27402-49
Ku & Mussman, P.A.                             Littler Mendelson P.C.
6001 NW 153rd Street, Suite 100                111 Monument Circle, Suite 702
Miami Lakes, FL 33014                          Indianapolis, IN 46204
Tel: (305) 891-1322                            Tel: (317) 287-3600
Fax: (305) 891-4512                            Fax: (317) 636-0712
Louis@KuMussman.com                            econnor@littler.com

and                                            and

1